UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  TODD E COOPER
KELLY S COOPER
Debtor(s)

CASE NO: 16-90480-AKM-13

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Joseph M. Black, Jr., gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the Debtor(s) have completed all payments under the Plan.

**Part 1:  Mortgage Information**

**Name of Creditor**: US BANK TRUST NA
**Court Claim#:**  008
**Last four digits** of any number used to identify the Debtor account: 2030
**Property Address:**  8412 PLUM VALLEY DR, SELLERSBURG, INDIANA

**Part 2:  Cure Amount**

Total cure disbursements made by the Trustee:

| | | |
|---|---|---|
| a. | Allowed Pre-petition Arrearage: | $170.41 |
| b. | Prepetition arrearage paid by the Trustee: | $170.41 |
| c. | Amount of Post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the Trustee | $0.00 |
| e. | Allowed Post-petition arrearage: | $4324.23 |
| f. | Post-petition arrearage paid by the Trustee | $4324.23 |
| g. | Total. Add lines b, d, and f. | $4494.64 |

**Part 3:  Post-petition Mortgage Payment**

Mortgage is paid through the Trustee.            X
Current monthly mortgage payment.                                        $891.99

The next post-petition payment is due on:                              MAY 2021

Mortgage is paid directly by the Debtor(s).

**Part 4: A Response Is Required By Bankruptcy rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the Trustee within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

Dated: May 19, 2021

                                                Respectfully Submitted

                                                /s/ Joseph M. Black, Jr.
                                                Joseph M. Black, Jr., Trustee
                                                PO Box 846
                                                Seymour, IN 47274
                                                Phone: (812)524-7211
                                                Fax:    (812)523-8838
                                                Email: jblacktrustee@trustee13.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

JAMES F GUILFOYLE     james@guilfoylebankruptcy.com
U.S. Trustee       ustpregion10.in.ecf@usdoj.gov

I further certify that on May 19, 2021, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

TODD E COOPER
8412 PLUM VALLEY DR
SELLERSBURG, IN 47172-

KELLY S COOPER
8412 PLUM VALLEY DR
SELLERSBURG IN 47172-

US BANK TRUST NA
RUSHMORE LOAN MANAGEMENT SERVICES LLC
PO BOX 52708
IRVINE CA 92619-2708

CODILIS LAW
8050 CLEVELAND PLACE
MERRILLVILLE, IN 46410

                                                /s/ Joseph M. Black, Jr.
                                                Joseph M. Black, Jr., Trustee